UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FILED
SEP 24 2014
CLERK'S OFFICE
DETROIT

United States of America,

    Plaintiff,

v.

                                  Criminal No. 14-30493

KAI XU,

    Defendant.

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                  Respectfully submitted,

                                  BARBARA L. MCQUADE
                                  United States Attorney

                                  *s/Sara D. Woodward*
                                  Assistant United States Attorney
                                  211 W. Fort Street, Suite 2001
                                  Detroit, MI  48226
                                  sara.woodward@usdoj.gov
                                  313-226-9180

**IT IS SO ORDERED.**

*Donald C. Scheer*
DONALD SCHEER
United States Magistrate Judge

Entered: 9/24/2014