AUSA Sara Woodward, 313-226-9180
Special Agent Kenneth Adams, 734-995-0387

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
KAI XU

Case No. 14-30493

**FILED**
SEP 3 0 2014
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KAI XU,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 554, smuggling goods from the United States
16 U.S.C. Section 1638(c)(1), trading in specimens contrary to CITES
16 U.S.C. Section 3372(a)(1), exporting any fish or wildlife in violation of law

Date: Sept. 23, 2014

*Issuing officer's signature*

City and state: Detroit, Michigan

DONALD SCHEER, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/23/14, and the person was arrested on *(date)* 09/24/14
at *(city and state)* Canton Township, MI.

Date: 09/24/14

*Arresting officer's signature*

Jesica Espinoza, Special Agent
*Printed name and title*

---

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA