UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
        Plaintiff,                        Case No. 2:14-mj-30493
vs.                                            Hon.

KAI XU,
        Defendant.
_____/

Sara D. Woodward
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226
(313) 226-9180

DAVID CRIPPS (P34972)
Attorney for Defendant
431 Gratiot Avenue
Detroit, MI 48226
(313) 963-0210
_____/

### NOTICE OF DEFENDANT XU'S INTENT TO FILE MOTION FOR REVOCATION OF DETENTION ORDER

NOW COMES the Defendant, KAI XU, through his attorney, DAVID R. CRIPPS, and hereby gives notice of his intent to appeal the detention order entered on September 26, 2014 by Magistrate Judge Donald A. Scheer.

                                        Respectfully Submitted,

                                        *s/David R. Cripps*_____
Dated: October 10, 2014          DAVID CRIPPS (P34972)
                                        Attorney for Defendant
                                        431 Gratiot Avenue
                                        Detroit, MI 48226
                                        (313) 963-0210

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
        Plaintiff,                                    Case No. 2:14-mj-30493
vs.                                                        Hon.

KAI XU,
        Defendant.
_____/

Sara D. Woodward
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226
(313) 226-9180

DAVID CRIPPS (P34972)
Attorney for Defendant
431 Gratiot Avenue
Detroit, MI 48226
(313) 963-0210
_____/

## CERTIFICATE OF ELECTRONIC FILING WITH COURT

      David Cripps hereby states that on the 10th day of October, 2014, he caused the foregoing Notice of Defendant XU's Intent to File Motion for Revocation of Detention Order to be filed electronically with the United States District Court and that copies of said memorandum were forwarded to all counsel of record using the ECF system.

                                                Respectfully Submitted,

                                                *s/David Cripps*_____
Dated: October 10, 2014           DAVID CRIPPS (P34972)
                                                  Attorney for Defendant
                                                  431 Gratiot Avenue
                                                  Detroit, MI 48226
                                                  (313) 963-0210