UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    CRIMINAL NO. 14-30493

vs.

KAI XU,

        Defendant.

_____/

### INDEX OF EXHIBITS TO MOTION FOR REVOCATION OF DETENTION ORDER

Exhibit One:   Order of Detention Pending Trial

Exhibit Two:   Transcript of Detention Hearing, September 26, 2014