```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION

 3      UNITED STATES OF AMERICA,

 4                         Plaintiff,
           -v-                              Case No. 14-30493
 5
        KAI XU,
 6
                           Defendant.
 7      _____/

 8                        DETENTION HEARING

 9
                   BEFORE THE HONORABLE DONALD SCHEER
10                   UNITED STATES DISTRICT JUDGE

11                    FRIDAY, SEPTEMBER 26, 2014

12
        APPEARANCES:
13
        For the Plaintiff:    Sara Woodward
14                            United States Attorney's Office
                              211 West Fort Street, Suite 2001
15                            Detroit, Michigan 48226

16      For the Defendant:    Timothy K. Debolski
                              Timothy K. Debolski Associates
17                            30551 Ford Road
                              Garden City, Michigan 48135
18
        For Pretrial
19      Services:             Maureen Shock

20

21

22

23            To Obtain a Certified Transcript Contact:
                  Jeseca C. Jacobs, RMR, CRR, FCRR
24                 Federal Official Court Reporter
               Theodore Levin United States Courthouse
25         231 West Lafayette Boulevard - Detroit, Michigan 48226
                           (313) 502-7580
```

September 26, 2014

**I N D E X**

WITNESSES

For the Government:                                          Page

MONA IANNELLI
        Direct examination by Ms. Woodward......6
        Cross-examination by Mr. Debolski.......36
        Redirect examination by Ms. Woodward....40
        Recross-examination by Mr. Debolski.....43

EXHIBITS

For the Government:                 Marked          Admitted

                    1               12              --
                    2               40              --
                    3               41              --
                    4               24              --

MISCELLANY                                                  Page

Proceedings.................................3

Certificate of Reporter.....................55

USA v Kai Xu - Case No. 14-30493

September 26, 2014

<u>**P R O C E E D I N G S**</u>

1

2          THE CASE MANAGER:  Court calls case number 14-30493,

3     United States of America versus Kai Xu.

4          MS. WOODWARD:  Good afternoon, your Honor.  Sara

5     Woodward on behalf of the United States.

6          THE COURT:  Good afternoon.

7          MS. WOODWARD:  I have spoken with Mr. Chew's

8     attorney.  I know he's here.  He may just be in the hallway.

9     If you'd like me to --

10         THE COURT:  If you would, please.

11         MS. WOODWARD:  Thank you.

12         MR. DEBOLSKI:  Good afternoon, your Honor.  For the

13    record, Tim Debolski appearing on behalf of the Defendant, who

14    is to my left.

15         THE COURT:  Thank you.  Good afternoon.  This is the

16    date and time set for a detention hearing.  Have counsel

17    received copies of the pretrial services report and

18    recommendation?

19         MS. WOODWARD:  I have, your Honor.

20         MR. DEBOLSKI:  Yes, I have, your Honor.

21         THE COURT:  And the Government insists in detention

22    request?

23         MS. WOODWARD:  That is correct, yes.

24         THE COURT:  Very well.  You may proceed.

25         MS. WOODWARD:  Thank you, Judge.  I'm going to

September 26, 2014                                          4

1    proceed today by proffer, but I'm also going to be calling a

2    witness.  Before I call the witness, I just wanted to make a

3    few remarks.

4            The Defendant here is charged in a complaint, as the

5    Court is aware, with crimes that include smuggling goods from

6    the United States and trading in specimens contrary to an

7    international treaty.

8            I do note that pretrial services in this case is

9    recommending that the Defendant be released on bond.  And I

10   understand their reason for that.  And that is because the

11   information that pretrial services has and that the Court has

12   up until this point relates to only really two incidents of

13   smuggling.

14           One that occurred on August 5th of this year.  And

15   then the Court is familiar with the complaint for another

16   gentleman related to this Defendant from September 23rd and

17   24th of this year.

18           And if this case involved only the smuggling alleged

19   in those complaints, those two incidents of smuggling turtles

20   out of the United States, then I think that bond might be the

21   appropriate resolution here.  However, as I will be presenting

22   to the Court, that is not all that this case involves.

23           As the Court will hear that Mr. Xu is a full time

24   reptile smuggler and this is not a mistake that he made once

25   or twice.  It is a period of time of possibly years of

1   repeated conduct, repeated smuggling.  And you will hear that

2   he has had packages intercepted by the authorities and he has

3   continued smuggling.

4          He, himself, has been caught body smuggling turtles

5   to Canada.  And yet he has continued smuggling.  And he has

6   also had runners that work for him caught and charged by the

7   Canadians, yet he has never even slowed down in his reptile

8   trade.

9          And you are also going to hear that this case

10  involves a great deal of money.  It is not something I would

11  have known before I had this case or perhaps that most people

12  are aware, how valuable these turtles are.  And you will hear

13  testimony from the agent to give us just an idea of the amount

14  of money that went into this very lucrative trade.

15         So that said, at this time I will call the Special

16  Agent Mona Iannelli from the United States Fish and Wildlife

17  Service.

18         THE COURT:  Agent Iannelli, please come forward.

19  Will you raise your right hand.

20         Do you swear or affirm that the testimony you're

21  about to give in this cause will be the truth, the whole

22  truth, and nothing but the truth?

23         THE WITNESS:  I do.

24         Thereupon,

25                  **M O N A     I A N N E L L I,**

1  having been called as a witness on behalf of the Government and

2  having been first duly sworn by the Court, was examined and

3  testified as follows:

4          THE COURT:  Thank you.  Please have a seat in the

5  witness stand, state your full name for the record, and spell

6  your surname.

7          THE WITNESS:  My name is Special Agent Mona Iannelli

8  and the last name is spelled I-A-N-N-E-L-L-I.

9          THE COURT:  You may proceed.

10          MS. WOODWARD:  Thank you, Judge.

11                      DIRECT EXAMINATION

12  BY MS. WOODWARD:

13  Q.   Agent Iannelli, where are you employed?

14  A.   I'm employed with the US Fish and Wildlife Service.

15  Q.   And what is your job there?

16  A.   I am a Special Agent criminal investigator.

17  Q.   How long have you been a Special Agent with the US Fish

18  and Wildlife Service?

19  A.   For a period of six years.

20  Q.   And where are you currently based?

21  A.   I'm currently based in Los Angeles, California.

22  Q.   Have you been in Los Angeles for the six years you've been

23  with the Fish and Wildlife Service?

24  A.   That is correct.

25  Q.   And so what type of crimes do you investigate?

```
1   A.   Out of the Los Angeles office, we primarily investigate
2   incidents of wildlife smuggling and other wildlife laws.
3   Q.   And are you familiar with the investigation of the
4   Defendant Kai Xu?
5   A.   I am.
6   Q.   And do you see him in court today?
7   A.   I do.
8   Q.   All right.  When did that investigation begin?
9   A.   The investigation, my investigation into Mr. Xu began back
10  in March of this year.
11  Q.   And how did that begin?
12  A.   I was provided with some information by a confidential
13  informant that Mr. Xu was interested in various species of
14  turtles.
15  Q.   And did you corroborate that information that you
16  received?
17  A.   I did.  Corroboration was done by myself with various
18  internet searching and then also speaking with my counterparts
19  up in Environment Canada.
20  Q.   And what is Environment Canada?
21  A.   Environment Canada is the wildlife enforcement agency for
22  the Canadian.
23  Q.   Is it essentially your counterpart in Canada?
24  A.   Correct.
25  Q.   Do they also investigate criminal violations?
```

1    A.   They do.

2    Q.   And was Environment Canada familiar with Mr. Shoe?

3    A.   They were.  They informed me that they currently had an

4    investigation into him.

5    Q.   And how long, if you know, had they been investigating Mr.

6    Xu's activity?

7    A.   For at least a year.

8              THE COURT:  Pardon me?

9              THE WITNESS:  For at least one year.

10             THE COURT:  Thank you.

11   BY MS. WOODWARD:

12   Q.   And did they know him to use any aliases?

13   A.   They did.  They informed me that they knew he had over 20

14   aliases.

15   Q.   But they knew his real name to be Kai Xu?

16   A.   That is correct.

17   Q.   Did you also learn that some individuals associated with

18   Mr. Xu had been arrested by Environment Canada?

19   A.   Yes.

20   Q.   Would you call those individuals runners?

21   A.   Yes, I would.

22   Q.   Okay.  And can you tell us about one of those individuals?

23   A.   One of the individuals was the name of Xin Hong Tong and

24   he was arrested by the Canadian Environment Canada officials in

25   July of last year, 2013, and was found to be smuggling live

September 26, 2014

9

1   turtles and tortoises and told Environment Canada that he was

2   paid by Mr. Xu.

3   Q.   And what about a second individual?

4   A.   One other individual, his name is Chaoyi Le also was

5   actually arrested on multiple times for smuggling into Canada

6   from the United States also telling Canadian officials that he

7   was paid by Mr. Xu.

8   Q.   And these individuals were charged in Canada?

9   A.   That is correct.

10   Q.   And has one of them failed to appear?

11   A.   Yes.  At this time, Mr. Le is no where to be found.

12   Q.   So the Canadians have not been able to locate him?

13   A.   Correct.

14   Q.   All right.  And through the course of your initial

15   investigation, how did you learn or what did you learn about

16   how Mr. Xu set up his reptile purchases?

17   A.   My understanding and through investigation is that Mr. Xu

18   would contact various turtle suppliers or individuals that had

19   turtles for sell by contacting them either through internet

20   websites dedicated to reptiles or by e-mail to inquire about

21   purchasing those reptiles.

22   Q.   And did he use aliases when he did that?

23   A.   Yes, he did.

24   Q.   Now I'd like to talk a little bit about various packages

25   that you have knowledge of that are connected to Mr. Xu during

 1   the course of your investigation.  And I'd like to start by

 2   directing your attention to April 22nd of 2014.

 3            Are you familiar with a package that was shipped on

 4   this day?

 5   A.   I am.

 6   Q.   And where was that shipped from?

 7   A.   That was shipped from Port Huron, Michigan.

 8   Q.   And was that shipped at a Fed Ex facility?

 9   A.   It was.

10   Q.   And what happened to that package?

11   A.   That package was seized.

12   Q.   Where?

13   A.   By foreign officials in China.

14   Q.   And was that packaged opened?

15   A.   Yes, it was.

16   Q.   And what was inside?

17   A.   It was found to contain live turtles and tortoises.

18   Q.   And the name that shipped the package out, was that Kai

19   Xu's name?

20   A.   No.  An alias when been used.

21   Q.   All right.  How did you determine that Mr. Xu was

22   connected to this package?

23   A.   I talked to employees from that store in Port Huron and

24   they remember Mr. Xu coming in and picking up a held for Kai Xu

25   package that day that contained turtles.  And then he proceeded

1    to come back into the store less than a half an hour later to

2    ship a package.

3    Q.   So you said there was a package at that facility held in

4    his name, his true name?

5    A.   Correct.  Correct.

6    Q.   How is it that he has packages held with his real name but

7    would use an alias to ship a package out?

8    A.   When --

9         MR. DEBOLSKI:  Your Honor, I object.  It's calling

10    for speculation.

11        THE COURT:  Witness can testify as to what she knows

12    or what she has been heard -- what she has heard or learned in

13    the course of investigation.  This being a preliminary

14    proceeding, hearsay is certainly admissible.

15        THE WITNESS:  I was told by Fed Ex employees that any

16    packages that are held at a facility for pickup, you must

17    present identification to pick up a package.  And so that

18    identification must match or closely match that name that is

19    on the package.

20    BY MS. WOODWARD:

21    Q.   And is it your understand that when you ship a package

22    out, even internationally, you don't have to provide any

23    identification?

24    A.   That is correct.

25    Q.   Okay.  During the course of your investigation, have you

1    also pulled or determined when Mr. Xu has crossed the border

2    from Canada into America?

3    A.   Yes, I have.

4    Q.   And how do you do that?

5    A.   By contacting our other federal counterparts, the customs

6    and border protection.  They are able to provide records of

7    every crossing that an individual has at every port of entry.

8            MS. WOODWARD:  All right.  Judge, I have Government's

9    Exhibit 1, which I have already provided to the defense that

10   I'm going to hand to the witness at this time and give to your

11   Honor, if that's all right.

12   BY MS. WOODWARD:

13   Q.   I'm handing you what's been marked as Government's Exhibit

14   1.  Can you tell us what this document is?

15   A.   This is the border crossing history for Mr. Xu from, looks

16   like, September of 2012 until the end of August of 2014.

17   Q.   All right.  And so is there a column on this exhibit that

18   lists the date where -- a date where Mr. Xu would have crossed

19   over into America?

20   A.   Yes.

21   Q.   All right.  And then do you also see in this column all

22   the way to the right a code?

23   A.   Yes, I do.

24   Q.   And does the third page of this document provide a

25   location that corresponds to those codes?

1    A.   Yes.

2    Q.   All right.  So if we take a look, is there a crossing on

3    here for April 22nd of this year?

4    A.   Yes, there is.

5    Q.   All right.  And then what is the crossing code on that

6    line?

7    A.   On the crossing code on that line is Port Huron, Michigan

8    Blue Water passenger.

9    Q.   Okay.  So if we look at line 49, the border crossing code

10   is L 85 -- L 385 and that corresponds to Port Huron, Michigan?

11   A.   That is correct.

12   Q.   Okay.  Now, let's talk about May 9 of this year, 2014.

13   Did you have an investigation related to another package on

14   this day?

15   A.   I did.

16   Q.   And did you, in fact, come to Michigan from California to

17   do surveillance on this day?

18   A.   That's correct.

19   Q.   All right.  And so tell us what happened.

20   A.   On May 9th, we had a package that we knew was being

21   delivered to Mr. Xu at the Fed Ex facility in Clinton Township

22   and we set up surveillance.  Once we got to that Fed Ex

23   facility, we also learned that there was a second package that

24   was held for pickup for Mr. Xu.

25             We observed Mr. Xu pick up two packages from the Fed

1   Ex facility in Clinton Township and then proceeded to follow

2   him in a rolling surveillance.  We followed Mr. Xu directly

3   from the Fed Ex facility to a UPS customer service center about

4   30 minutes away.  And then observed him walk into the UPS

5   facility and pick up a package from there.

6   Q.   And then what happened next?

7   A.   At that point, Mr. Xu took the package into his vehicle

8   and proceeded to open the packages.  We saw him discard some of

9   the packaging material in the UPS parking lot.  He just threw

10  it on the ground.

11        We saw him basically making movements in the car that

12  looked consistent with possibly cleaning of the turtles.  We

13  then saw Mr. Xu emerge from the vehicle carrying a pair of

14  boots, rubber boots and walked into the customer service

15  center.

16  Q.   And what happened when -- next?  Did he come back out of

17  the customer service center?

18  A.   He did.  He actually returned out of the customer service

19  center carrying the same pair of boots and then got into his

20  vehicle and drove away.

21  Q.   Okay.  And did you talk to the employee inside the store

22  to find out what happened?

23  A.   I did.  I contacted the employee immediately after Mr. Xu

24  drove away.  And the employee informed me that Mr. Xu had

25  presented the boots and was looking to ship those boots to

September 26, 2014                                             15

1  China, but the store did not have a box big enough for them.

2       The employee also informed me that he had held the

3  boots and they were not empty.  They had weight and were

4  consistent with not being empty boots.

5  Q.  And after this, did you lose surveillance of Mr. Xu?

6  A.  We did.

7  Q.  And did you go to various other shipping stores to try to

8  find out where he could have gone to?

9  A.  Yes.  The UPS employee informed us that he suggested Mr.

10  Xu find another location to purchase a larger box.  And we

11  began driving around to the local potential places that he

12  could ship from.  And we did find another facility that

13  contacted him.

14  Q.  And did you speak to an employee at this second facility?

15  A.  I did.

16  Q.  And what did he tell you?

17  A.  That employee also told me that Mr. Xu had come in

18  carrying a pair of boots wishing to ship those to China and he

19  had provided him with a box.  And upon receiving the paperwork

20  to ship the boots out, he had a declared value of less than a

21  hundred dollars on the paperwork.

22       And at that point the employee asked him how would

23  you like to ship this.  And Mr. Xu requested that the package

24  be shipped overnight.  And the employee informed him that that

25  would be very expensive, over $400, and your boots are only

September 26, 2014                                                    16

1    worth less than a hundred dollars.  Are you sure?  And he said

2    yes and had cash to pay.

3            At that point the employee told him to get out of the

4    store.

5    Q.   And so he would refuse to ship the package?

6    A.   He did.  He refused to ship the package.  And the employee

7    told me that he believed that there were drugs in the package.

8    Q.   All right.  Did you ever find out where Mr. Xu shipped the

9    package from on that day?

10   A.   We did not.

11   Q.   Now, let's talk about June 11 of this year.  Was another

12   package related to Mr. Xu investigated on this day?

13   A.   Yes, it was.

14   Q.   All right.  And where was this package sent to for pickup?

15   A.   Will you repeat the date again?

16   Q.   June 11 of 2014.  And this day we're speaking about

17   another individual that picked up a package, not Mr. Xu.

18   A.   Yes.  That would be Mr. Yan.

19   Q.   Can you say that name again for the Court?

20   A.   Dong Yan.

21   Q.   Is that Y-A-N?

22   A.   Y-A-N, correct.

23   Q.   Okay.

24   A.   So on that date we also knew of a package that was to be

25   received by Mr. Yan in Buffalo, New York.

September 26, 2014                                                17

1          Now, this package was -- originally the package

2    contained turtles that an alias of Mr. Xu, an alias of Mr. Xu

3    had purchased from a cooperator.  And that Mr. Xu's alias told

4    the cooperator that he would be shipping the package to

5    Buffalo, New York and to write down hold for pickup for Dong

6    Yan.

7    Q.   And did you also go to New York on this day to do

8    surveillance?

9    A.   I did.

10   Q.   And did you observe Mr. Yan arrive at a facility in

11   Buffalo to pick up packages?

12   A.   I did.

13   Q.   And then what happened after he picked up the packages?

14   A.   Mr. Yan picked up multiple packages at the Fed Ex facility

15   near the Buffalo airport.  And he drove several blocks over to

16   a UPS facility and then parked next to a dumpster and began to

17   basically fidget, open boxes in his vehicle.

18   Q.   Did Mr. Yan also ship an outbound package on this day?

19   A.   He did.  He ended up shipping two outbound packages to a

20   location in Florida and a location in North Carolina.

21   Q.   Were those packages intercepted and searched pursuant to a

22   search warrant?

23   A.   They were.

24   Q.   And what were they found to contain?

25   A.   They were found to contain 16 live Asian species of

1    turtles.

2    Q.   And did you conclude that Mr. Yan had body smuggled those

3    from Canada to the United States?

4    A.   We had.

5    Q.   How did you conclude that?

6    A.   Mr. Yan had discarded all of the trash and packaging that

7    he had from the packages that he had received at the Fed Ex

8    facility and placed them at the dumpster.  We then recovered

9    that trash right after he deposited it.

10          And following that, after dropping off the two

11   domestic packages, a rolling surveillance was conducted where

12   Mr. Yan was observed the entire time as he drove back up

13   straight from the Fed Ex and UPS facility to the Canadian

14   border where he did stop momentarily and what appeared to

15   agents to be either strapping turtles to himself or into his

16   vehicle.

17          And we informed the Canadian authorities of this.

18   And Mr. Yan was ultimately found to be body smuggling 38

19   reptiles into Canada.

20   Q.   So on this day we've been speaking about, just to clarify,

21   on June 11 of 2014, your investigation revealed that Mr. Yan

22   both body smuggled Asian turtles into the United States,

23   shipped them domestically, but also picked up a package in the

24   United States and then body smuggled North American turtles

25   back to Canada?

September 26, 2014                                                          19

```
 1   A.   Correct.  So the North American species were smuggled back
 2   into Canada.  And following the Canadians finding the 38
 3   species, they were providing photos of the smuggling method,
 4   which was Ziplock bags taped to the individual's legs.  Upon
 5   seeing those photos, I recognized the bags that I had recovered
 6   in the trash at the UPS facility were the exact same --
 7   appeared to be the same smuggling method.  Also had tape on
 8   them.
 9              They had both the US -- or excuse me, English and
10   French writing on them, appearing to come from Canada.
11   Q.   And then the connection to Mr. Xu from this date is based
12   at least in part on a cooperating informant?
13   A.   That is correct.
14   Q.   Now, let's talk about July of this year, on July 30th.
15   Was there an investigation related to another package on this
16   day?
17   A.   Yes, there was.
18   Q.   And was US Fish and Wildlife notified that there was a
19   package for pickup at the Detroit UPS for Kai Xu?
20   A.   Yes.
21   Q.   And did another agent conduct surveillance on this day?
22   A.   Yes.
23   Q.   And what did he see?
24   A.   An agent on that day reported that he saw Mr. Xu pick up a
25   package from the Detroit UPS store and observed him throw out
```

1    trash from that package near the UPS store and then drive

2    directly to the tunnel and enter into Canada.

3    Q.   All right.  And did the agent see him stop and toss

4    garbage over a fence in Detroit?

5    A.   Yes, he did.

6    Q.   Okay.  Let's talk now about August 5th of this year.  This

7    is the date that is in the criminal complaint for Mr. Xu; is

8    that right?

9    A.   That's correct.

10   Q.   Okay.  So what happened on this day?

11   A.   On that date, I also received a call from a UPS employee

12   at that Detroit, Michigan location reporting that Mr. Xu had

13   another box for pickup.

14   Q.   All right.  And were you in Detroit on this day?

15   A.   No, I was not.

16   Q.   All right.  But did other Fish and Wildlife agents conduct

17   surveillance?

18   A.   Yes, they did.

19   Q.   Did they sue Mr. Xu arrive at the UPS facility and pick up

20   a package?

21   A.   They did.

22   Q.   Did they also see him repackage that in the parking lot?

23   A.   They did.

24   Q.   All right.  And did they see him go to a concealed part of

25   the parking lot with a grocery bag and come back out ten

September 26, 2014

1    minutes later without that grocery bag?

2    A.   Yes.

3    Q.   And they also observed irregularly shaped bulges under his

4    sweatpants?

5    A.   They did.

6    Q.   And when Mr. Xu -- did they observe him go back to Canada

7    on this day?

8    A.   They did.

9    Q.   And was he sent to secondary on the Canadian side?

10   A.   He was.

11   Q.   And did the Canadians find he had 51 live turtles

12   concealed in his pants?

13   A.   Yes.

14   Q.   And those turtles were Eastern box turtles and red eared

15   sliders as well as diamondback terrapins?

16   A.   Yes.

17   Q.   Have you conducted an investigation into -- actually, let

18   me start over.  If we take a look again at Government's Exhibit

19   1, which you have in front of you, and if we could take a look

20   at page 2, lines 58 to 64.

21   A.   Yes.

22   Q.   All right.  According to this document, how many times did

23   Mr. Xu cross into America in August of this year?

24   A.   According to this document, seven times.

25   Q.   All right.  And did he use the same border crossing each

September 26, 2014                                              22

1   time?

2   A.   Yes, he did.

3   Q.   And which border crossing was that?

4   A.   That is the Detroit tunnel.

5   Q.   And we see that looking at this document that he crossed

6   over on August 5th, and that's the day we were just speaking

7   about, correct?

8   A.   That is correct.

9   Q.   So that's the day that he was sent to secondary in Canada

10  and discovered to have 51 turtles --

11  A.   Correct.

12  Q.   -- in his pants?  And then the next border crossing

13  through the tunnel is on August 8th; is that correct?

14  A.   That's correct.

15  Q.   So just three days later?

16  A.   Yes.

17  Q.   And then after that we see August 15.  Do you see that?

18  A.   Correct.

19  Q.   And then August 20th, 22nd, 29th, and 30th are all

20  separate crossings, correct?

21  A.   That is correct.

22  Q.   Okay.  Have you spoken to anyone from the UPS Troy

23  shipping facility?

24  A.   I have.

25  Q.   And have you learned that Mr. Xu or someone believed to be

September 26, 2014

23

1    Mr. Xu shipped international package from that location on some

2    of the dates that we just spoke about?

3    A.   Yes.

4    Q.   All right.  Let's talk about August 8th.  Did someone from

5    the Troy UPS say that Mr. Xu had shipped two packages to China

6    on that day?

7    A.   Yes.

8    Q.   Was it the same thing on August 15th, the same location?

9    A.   Yes, two more packages.

10   Q.   And then August 29th?

11   A.   Two more packages.

12   Q.   And that's, again, from the Troy UPS?

13   A.   From the same location, yes.

14   Q.   And then what about September 5th?

15   A.   Yes, two more.

16   Q.   And September's not on this document that we've been

17   speaking about.  Why is that?

18   A.   When I ran this document, I had -- I ran it on the 30th.

19   So I had up to date.  I have not run it since then.  But I have

20   received confirmation of his crossings by phone since then.

21   Q.   Okay.  So Exhibit 1 only has his crossings through August

22   30th, correct?

23   A.   Correct.

24   Q.   Have you spoken to UPS security about one of the packages

25   shipped from Troy on September 5th of this year?

1    A.   Yes, I have.

2    Q.   And what did you learn about one of those packages?

3    A.   I learned that one of the packages had been seized by Hong

4    Kong customs.

5    Q.   And was that packaged opened in Hong Kong?

6    A.   It was.

7    Q.   What did that package say on the outside about what it

8    contained, if you remember?

9    A.   It did not say what it contained.  But the declaration was

10   some sort of snow boot sample.

11   Q.   All right.  And what was actually found to be inside the

12   box?

13   A.   Some snow boots with live -- with over 300 live turtles

14   inside of them.

15   Q.   And have you received some pictures taken by Hong Kong

16   customs of that shipment?

17   A.   I have.

18            MS. WOODWARD:  Judge, I'm going to hand the witness

19   Government's Exhibit 4.  The defense has a copy and I will

20   hand one to you as well.

21   BY MS. WOODWARD:

22   Q.   Does Government's Exhibit 4 contain some of the

23   photographs taken by Hong Kong customs?

24   A.   Yes, it does.

25   Q.   And what do we see in those pictures?

September 26, 2014

1    A.   Those are baby diamondback terrapin turtles.

2    Q.   And are they inside of a snow boot?

3    A.   Yes, they are.

4    Q.   And if you flip through the pages, what other type of

5    turtles do we see?

6    A.   I also see some red eared sliders, the yellow turtles in

7    there.  Unfortunately this photo is not as good.  But I see a

8    lot of diamondback terrapins.

9    Q.   All right.  And did Hong Kong determine how many turtles

10   were contained in that box?

11   A.   Yes, they did.  They said 317.

12   Q.   Three hundred seventeen turtles?

13   A.   Correct.

14   Q.   And this may be difficult, but can you give us an idea of

15   the value of some of those turtles?  And the value of those

16   turtles here in the United States.

17   A.   All of the turtles have a little bit different value.  But

18   for example, the yellow red eared slider turtles, those

19   currently going for about $650 a piece is the purchase price.

20   Q.   And that's here in the United States?

21   A.   That is here in the United States.

22   Q.   Would they be more valuable in China?

23   A.   Yes, they would.

24   Q.   Do you know how much more valuable?

25   A.   Typically it's a multiplier of some sort.  Depends on the

1    species.  But if I was to venture a guess, two to three times

2    at least.

3    Q.   And so is it fair to say that that particular package

4    intercepted by Hong Kong customs had a value here in the United

5    States of over $30,000?

6    A.   That would, yes, easily well over.

7    Q.   Well over.  And then a moment ago you and I spoke about

8    the Troy UPS.  And was it your information that he had actually

9    shipped two packages to China on that day?

10   A.   Yes, that is correct.

11   Q.   But only one of them was intercepted by Hong Kong customs?

12   A.   Correct.  One made it through and the other one was

13   intercepted.

14   Q.   So there presumably would have been another package

15   containing very valuable turtles on that day?

16   A.   That's correct.

17   Q.   All right.  What about September 16, 2014, did you receive

18   information about a package that Mr. Xu sent on that day from

19   the United States?

20   A.   I did.  I found out that another package had been seized

21   by authorities in Anchorage, Alaska.

22   Q.   And was that package -- were packages shipped by Mr. Xu

23   from the UPS store in Farmington, Michigan?

24   A.   They were.

25   Q.   Were there also two packages sent on that day?

```
 1    A.   Yes.  Again two packages.

 2    Q.   And where were they headed for?

 3    A.   Both were headed for China.

 4    Q.   But you said one was intercepted in Alaska?

 5    A.   Correct.

 6    Q.   What happened?

 7    A.   In Alaska, the UPS store, which normally occurs in the

 8    eastern half of the country, was actually conducted in Alaska

 9    that day.  And so as the packages were scanned for export,

10    which is a TSA scan, one of the security officials noticed the

11    boots in the package and that they -- that the boots were

12    giving off a heat signature.

13          And so they inspected the package and found the live

14    turtles inside.

15    Q.   And again, this is just one of two packages shipped?

16    A.   That's correct.  The employee had remembered seeing just

17    prior a similar package with the same boots and had missed that

18    package and it was containerized before they could retrieve it.

19    Q.   So when they opened the package that they did see the heat

20    signature on, what was inside?

21    A.   The live turtles.

22    Q.   And approximately how many turtles were in that package?

23    A.   Over 200.

24    Q.   And did that package contain diamondback terrapins?

25    A.   It did.
```

September 26, 2014

1    Q.   As well as North American wood turtles?

2    A.   Yes.

3    Q.   Loggerhead musk turtles?

4    A.   Yes.

5    Q.   Blanding's?

6    A.   Yes.

7    Q.   And kwangtung river turtles?

8    A.   Correct.

9    Q.   We've spoken about some of the values but we haven't

10   talked about kwangtung river turtles.  What is the value of a

11   river turtle here in the United States?

12   A.   Currently about 1,000 to 1,800 dollars.

13   Q.   And how many, if you remember, kwangtung river turtles

14   were in that package?

15   A.   I believe there was ten in that package.

16   Q.   So just those alone would be valued well over $10,000?

17   A.   Correct.

18   Q.   But there were over 100 diamondback terrapins in addition

19   to the other turtles we just spoke about?

20   A.   Correct.

21   Q.   Is there also an ornate box turtle in that package?

22   A.   There was.

23   Q.   All right.  Now, let's speak about the most recent events

24   September 23rd to 24th.  So earlier this week.

25            Were you here in the Eastern District of Michigan on

September 26, 2014

29

1    these days?

2    A.    I was.

3    Q.    And tell us about your investigation on these days.

4    A.    Again, we knew of a package that was going to be held for

5    pickup by Mr. Xu at a different Fed Ex location in Novi.  Novi,

6    Michigan.  And I later learned that there was multiple packages

7    held for pickup by Mr. Xu there.

8    Q.    And again, those packages were specifically held in his

9    name; is that correct?

10   A.    Correct.  At the UPS facility where it was held for Kai

11   Xu.

12   Q.    Okay.  And did you --

13   A.    Excuse me.  Fed Ex facility.

14   Q.    Fed ex facility in Novi.  Did you conduct surveillance at

15   the Fed Ex in Novi?

16   A.    I did.

17   Q.    And at some point that day did you see Mr. Xu pick up

18   those packages?

19   A.    I did.

20   Q.    What did you do next?

21   A.    Mr. Xu picked up those packages and proceeded to drive to

22   a Clarion Hotel over by the airport at DTW.

23   Q.    And then what happened after that?

24   A.    Agents observed Mr. Xu place those packages that he had

25   just picked up from the Fed Ex facility and put them on the

September 26, 2014

30

1   luggage cart and take them into that hotel.

2   Q.   And then what happened after he brought the packages into

3   the hotel?

4   A.   He brought the packages into the hotel and checked into

5   two rooms.

6   Q.   All right.  And then at some point did Mr. Xu leave the

7   hotel?

8   A.   He did.  He left the hotel without any of the packages.

9   Q.   All right.  So he left the packages in the hotel room and

10   he went back to Canada; is that right?

11   A.   That's correct.  Surveillance ensued and he drove directly

12   back into Canada.

13   Q.   And did surveillance follow him once he arrived in Canada

14   by Environment Canada?

15   A.   Yes.  Canadian Environment Canada officers picked up the

16   surveillance at the Canadian border and continued following him

17   into Windsor.

18   Q.   And what did he do in Windsor?

19   A.   In Windsor, he stopped at several ATM's and withdrew

20   money.

21   Q.   All right.  And then what did he do next?

22   A.   He also picked up an individual.

23   Q.   Where did he pick up this individual?

24   A.   My understanding was in the university area, although I'm

25   not familiar with that area.

September 26, 2014                                                    31

1    Q.   And was that individual named Lihua Lin?

2    A.   That is correct.

3    Q.   And what did Mr. Xu do after he picked up Mr. Lin?

4    A.   Mr. Xu also drove to a convenience store and then was --

5    and then drove back into the United States.

6    Q.   Did he return to the hotel?

7    A.   He did.

8    Q.   And did he have Mr. Lin with him?

9    A.   He did.

10   Q.   And did Mr. Lin and Mr. Xu spend the night in the hotel?

11   A.   They did.

12   Q.   And then what happened the next day?

13   A.   The next day, Mr. Lin and Mr. Xu came out of the hotel,

14   got into Mr. Xu's vehicle, and Mr. Xu drove directly to the

15   Detroit airport and dropped off Mr. Lin curbside at the

16   international terminal.

17   Q.   And did Mr. Lin have luggage with him?

18   A.   He did.  He had two suitcases with him.

19   Q.   Did Mr. Lin check those bags to China?

20   A.   He did.

21   Q.   Did he have a plane ticket to go to China that day?

22   A.   He did.

23   Q.   And did you search those suitcases?

24   A.   We did.

25   Q.   And what did you find inside the suitcases?

1   A.   We found the suitcases to contain two pair of rubber snow

2   boots consistent with the other boots that we had seen.  And

3   two contained 970 live turtles.

4   Q.   And the turtles contained in those suitcases, did they

5   include diamondback terrapin?

6   A.   They did.

7   Q.   Over 700?

8   A.   Seven hundred eighteen.

9   Q.   Okay.  And what else was -- what other species were in

10  those suitcases?

11  A.   He also had spotted turtles, albino red eared slider

12  turtles, blanding's turtles, North American wood turtles, and

13  more kwangtung.

14  Q.   And the kwangtung river turtles are the ones we discussed

15  earlier that are valued at 1,000 to 1,800 dollars each in the

16  United States?

17  A.   That is correct.

18  Q.   And how many did he -- how many were in that suitcase on

19  that day?

20  A.   He had 16 of the kwangtung river turtles.

21  Q.   Are the kwangtung river turtles native to the United

22  States?

23  A.   No.  They are from Asia.

24  Q.   Are those turtles on the verge of extinction in Asia?

25  A.   Yes, they are.

1   Q.   But the other turtles that you mentioned, are those North

2   American species?

3   A.   They are.

4   Q.   Are you able to estimate the value in American dollars of

5   these turtles?

6   A.   Yes.  Some of them we've got some fairly good pricing on.

7   Q.   Tell us what you can tell us about the prices.

8   A.   Okay.  For example, the North American wood turtles, there

9   was -- I believe 35 of them were adults.  Those sell for

10  approximately $500 a piece.  The rest of the remaining 49 minus

11  35 were babies.  And those sell for about 250 to 300 dollars a

12  piece.

13        The blanding's turtles, which there was 22 of them,

14  sell for about 250 to 300 dollars a piece.  The albino red

15  eared sliders, which there was 56 of them, sell for $650, which

16  we know Mr. Xu has paid for before.

17        That right there is over $30,000.  The diamondback

18  terrapins.  The spotted turtles which we knew were in the

19  package, 50 of them, those were paid $75 a piece for a value of

20  $3,750.  And then the remaining 60 of them were probably 75 to

21  a hundred dollars each as well.

22  Q.   Okay.  So safe to say tens of thousands of dollars worth

23  of turtles?

24  A.   Very safe to say.

25  Q.   All right.  Was Mr. Xu arrested on this day by the US Fish

September 26, 2014

1   and Wildlife Service?

2   A.   He was.

3   Q.   And where was he arrested approximately?

4   A.   My understanding was -- I was not present for that arrest.

5   But my understanding was on I-275.

6   Q.   At some point after he dropped Mr. Lin off at the airport?

7   A.   Correct.

8   Q.   And when Mr. Xu was arrested, did he have US currency on

9   him?

10  A.   He did.

11  Q.   Approximately how much?

12  A.   Over $10,000.

13  Q.   And did you learn that he had another package waiting for

14  him at pickup at a Fed Ex?

15  A.   Yes.  I learned from a Fed Ex employee that Mr. Xu had

16  another package for pickup at that same Fed Ex location in

17  Novi.

18  Q.   All right.  Mr. Lin was also arrested; is that correct?

19  A.   Correct.  He was arrested following the baggage

20  inspection.

21  Q.   And have you had a chance to speak to Mr. Lin since his

22  arrest?

23  A.   I have.

24  Q.   And what did you learn about how he came to be here with

25  Mr. Xu?

September 26, 2014                                                  35

1    A.   Mr. Lin -- I learned that Mr. Lin had contacted Mr. Xu in

2    response to an offer for -- an ad for sell, help wanted.  And

3    he had contacted him wanting to make some money.  And he

4    thought he was going to be selling cosmetics.

5    Q.   And did you learn from Mr. Lin that the ad was on a

6    Chinese Canadian forum?

7    A.   That is correct.

8    Q.   So was it in the Chinese language?

9    A.   It was.

10   Q.   And did that ad -- was that ad looking for people who

11   wanted to earn $4,000 a month for four days of work?

12   A.   Correct.

13   Q.   Did Mr. Lin tell you he responded to that ad?

14   A.   He did.

15   Q.   And at some point he met Mr. Xu in Windsor?

16   A.   Correct.

17   Q.   And Mr. Lin is from what part of Canada?

18   A.   From the Toronto area.

19   Q.   So he traveled to Windsor to meet Mr. Xu?

20   A.   He did.

21   Q.   And what did Mr. Lin tell you he was going to be paid for

22   traveling to China with the turtles that you recovered?

23   A.   Mr. Lin had $500, or a little less, on him that he was

24   already paid for as a down payment by Mr. Xu.  And he was

25   supposed to be paid $2,000 additionally upon his return back to

1    the Detroit.

2    Q.   For a total of $2,500?

3    A.   Correct.

4    Q.   What did he tell you about how he made his travel

5    arrangements to China?

6    A.   He told me that Mr. Xu ultimately paid for the plane fare.

7    He initially had paid for it, but Mr. Xu paid him back by

8    transfer into his wife's e-mail account.

9    Q.   And did he tell you approximately what the price was of

10   that ticket to China?

11   A.   He did.  It was approximately $1,700.

12   Q.   And he was reimbursed for that plane ticket by Mr. Xu?

13   A.   He was.

14   Q.   And that's separate from the $2,500 payment he was

15   promised?

16   A.   Correct.

17   Q.   Did Mr. Lin tell you about any conversations he had with

18   Mr. Xu about transporting these turtles to China?

19   A.   He did.

20   Q.   What did he say?

21   A.   Mr. Xu had told Mr. Lin to not worry about it because they

22   only look for guns and drugs.  And you're going outbound and

23   the US does not worry about outbound.

24   Q.   And was Mr. Lin nervous about taking this trip?

25   A.   He was.

1          MS. WOODWARD:  All right, Judge.  That concludes my

2    questions for this witness.

3          THE COURT:  Thank you.  You may cross-examine.

4          MR. DEBOLSKI:  I just have a couple of questions,

5    Judge.

6                        CROSS-EXAMINATION

7    BY MR. DEBOLSKI:

8    Q.   Good afternoon.

9    A.   Good afternoon.

10   Q.   I'm going to direct your attention to the September, I

11   believe it's September 23rd event that you just testified about

12   the suitcases that contain turtles that were on a plane going

13   to China.

14   A.   Yes.

15   Q.   Testifying to that, right?

16   A.   Correct.

17   Q.   Do you know whose suitcases those turtles were found in?

18   Who owned those suitcases?

19   A.   The checked bags were Mr. Lin's.  Mr. Lin told me that Mr.

20   Xu supplied one of them and he had supplied the other one.

21   Q.   You also testified earlier you've been a special

22   investigator for six years?

23   A.   That is just my -- as a Special Agent.  I've been a law

24   enforcement officer longer.

25   Q.   So how long have you been a police officer?

September 26, 2014                                                          38

1    A.   For about 15 years.

2    Q.   You talk to a lot of different people that are involved in

3    smuggling, right?

4    A.   Yes.

5    Q.   A lot of them tell you a lot of different things; is that

6    right?

7    A.   Yes.

8    Q.   They say it's not mine, it's his?

9    A.   I can't speak to what others --

10   Q.   But in your own experience as a officer, have you had a

11   client tell you it's not mine, it was that person that just

12   bought it because I was doing a favor, I didn't own anything

13   was going to be in there?

14   A.   Each case is entirely different.

15   Q.   But it happens during your course of investigation?

16   A.   I would need specific examples.

17   Q.   Has it ever happened to you?

18   A.   Not in the manner you're talking about, no.

19   Q.   Well, how do you know which manner I'm talking about?

20   Have you ever been lied to by --

21   A.   Absolutely.

22   Q.   So it's possible Mr. Lin had lied to you?

23   A.   Anything's possible.

24   Q.   Now, you talked about earlier and I believe it was in July

25   you talked to two individuals who also named Mr. Xu as the

1   ringleader?

2   A.   Correct.  I didn't specifically speak with them.

3   Q.   Is it also possible those people were lying to save

4   themselves?

5   A.   Anything is possible.

6   Q.   I mean, it's really incentive to be -- it's really

7   incentive to provide information so you can get a better deal;

8   is that correct?

9   A.   I can't speak to what the individuals were thinking.

10  Q.   But it happens, correct?  Now, you also testified about

11  the different numbers of border crossings by Mr. Xu; is that

12  correct?

13  A.   Correct.

14  Q.   And I think in August you said there were approximately 8

15  to 12 border crossings?

16  A.   Less than that.

17            THE COURT:  Seven is my recollection.

18            THE WITNESS:  Seven.

19  BY MR. DEBOLSKI:

20  Q.   It's not illegal to go across the border to go shopping in

21  Somerset, is it, from Windsor?

22  A.   Absolutely not.

23  Q.   It's not illegal to cross over from Sarnia to go shopping?

24  A.   No.

25  Q.   Many people do it on a regular basis?

1   A.   I would imagine so.

2   Q.   You're in Los Angeles.  I assume you have the same thing

3   in Mexico with that border.

4   A.   We do.

5   Q.   So the fact that Mr. Xu crosses over from Canada to the

6   United States, in and of itself there's nothing wrong with

7   that, right?

8   A.   No.  I'm just looking directly at the dates he's crossed.

9   Q.   And I mean for a young kid -- well, you wouldn't know -- I

10  withdraw that.

11          Every time you talk to a different UPS or a different

12  Federal Express person, did you show any pictures of my client

13  to them?

14  A.   On some occasions if I was present speaking with them in

15  present I did.

16  Q.   Okay.  And how many times were they able to say, yes, that

17  was my client that shipped this out?

18  A.   Every time.

19  Q.   Let me ask you --

20          MR. DEBOLSKI:  I have no further questions.  Thank

21   you.

22          THE COURT:  Thank you.  Redirect.

23          MS. WOODWARD:  Yes.  Thank you, Judge.

24                      REDIRECT EXAMINATION

25  BY MS. WOODWARD:

1    Q.   Mr. Xu's lawyer was just asking you some questions about

2    the suitcases that were checked at the airport and I neglected

3    to give the Court a copy of a picture here.  I'm going to hand

4    you Government's Exhibit 2.  Can you tell us what we see in

5    this picture?

6    A.   This picture is a photo of the two suitcases at the top of

7    the photo that Mr. Lin had checked.  And then we have all of

8    the turtles that were seized out of the suitcases.  The two

9    cereal boxes on the bottom left hand corner contain the larger

10   turtles and some of the baby turtles.  And then the rest of the

11   baby turtles were packed into those four snow boots.

12   Q.   All right.  And I see in this picture turtles are

13   separated into plastic tubs.  Were those tubs the US Fish and

14   Wildlife tubs?  Did you put them in the containers?

15   A.   Correct.  Those were ours after we had separated them.

16   Q.   And are they separated by species?

17   A.   They are.

18   Q.   So the yellow ones that we see towards the upper right

19   hand corner, are those the albino red eared sliders?

20   A.   They are.

21   Q.   All right.  I have another quick question for you about

22   whether Mr. Xu is a student in Canada.  Have you reached out to

23   Canadian authorities to verify whether or not he's enrolled in

24   classes in Canada?

25   A.   I have.

September 26, 2014                                        42

1   Q.   And what have you learned?

2   A.   I learned from my case -- co-case agent up in Canada that

3   he is not registered for this semester.  He has not paid the

4   university any money and is not registered for any classes.

5   Q.   I'm going to hand you Government's Exhibit 3.  It's an

6   e-mail chain.  Does it include an e-mail from you?

7   A.   Yes, it does.

8   Q.   And does it include an e-mail from a University of

9   Waterloo police service officer?

10  A.   It does.

11  Q.   And what does it state about Mr. Xu's enrollment status?

12  A.   It says John, I have confirmed with the registrar's office

13  as well as the cooperative education office that Kai Xu, with a

14  student ID number and date of birth, is not enrolled for

15  classes or co-op for the fall 2014 September 2014 term.

16       His last co-op term was in the fall of 2013 September

17  13.  And his last registered were winter of 2014 January 2014.

18  Q.   Thank you.  Mr. Xu's attorney asked you some questions

19  about whether or not it's illegal to come to the United States

20  and go shopping.  Do you remember those questions?

21  A.   I do.

22  Q.   Now, when you and I were speaking on direct, you testified

23  about various times that you personally surveilled Mr. Xu

24  coming across the border and then returning to Canada?

25  A.   Correct.

1    Q.   Are there other occasions where other agents have

2    personally surveilled him coming into the United States and

3    then departing?

4    A.   Correct.

5    Q.   Have you or any of the other agents ever seen him go

6    shopping while he was here?

7    A.   No, I have not.

8    Q.   Have you ever seen him visit any family while he was here?

9    A.   No.

10   Q.   Have you seen him go anywhere except for to various

11   shipping facilities and at the hotel that you spoke about?

12   A.   That is all.

13   Q.   And you were also asked some questions about presenting

14   his picture to various employees of Fed Ex and UPS.  Do you

15   remember those questions?

16   A.   I do.

17   Q.   What did those employees know Mr. Xu as?

18   A.   Most of the employees that I showed the picture to

19   immediately were like, oh, that's turtle guy or turtle man.

20   Q.   All right.

21          MS. WOODWARD:  No further questions, Judge.

22          MR. DEBOLSKI:  I just have a couple of questions,

23   your Honor.

24                        RECROSS-EXAMINATION

25   BY MR. DEBOLSKI:

```
 1   Q.   When you contacted the University, did you find out
 2   anything other than the fact that he was enrolled or not
 3   enrolled?  Did you determine how far he had gone in school?
 4   A.   I did not contact the University.  I learned that from the
 5   Canadians.
 6   Q.   Okay.  Thank you.
 7            THE COURT:  You may step down.  Thank you.  Does the
 8   Government have additional evidence or proffer?
 9            MS. WOODWARD:  Judge, I think I may have some facts
10   that I'll make reference to, but I think I can just do that in
11   argument.  I don't need to do any additional witnesses or
12   proffer at this time.
13            THE COURT:  Thank you.  Does the Defendant have
14   evidence or proffer?
15            MR. DEBOLSKI:  None, your Honor, at this time.
16            THE COURT:  Thank you.  Argument.
17            MS. WOODWARD:  Thank you, Judge.  I'll start with the
18   pretrial services report and I just want to point out that Mr.
19   Xu told pretrial services that he was currently a student in
20   Canada at Waterloo University and that he lived in the
21   dormitories there.
22            And I think it is simply important to note at the
23   outset that he is not currently a student and that is a
24   statement that's inaccurate that he gave to pretrial services.
25            And the other reason I think that that is a relevant
```

1    place to start is because Mr. Xu is not a student because he's

2    a full time reptile smuggler.  We only have a snapshot of his

3    activities over the course of this last summer.  But you heard

4    testimony here today about numerous different days where he

5    was either personally observed by Fish and Wildlife agents

6    picking up packages or where various packages were intercepted

7    by authorities that were shipped by him and all found to

8    contain live turtles.

9            We've heard that he has a variety of ways that he

10   ships his turtles.  He, at times, has come to the United

11   States to pick up packages held in his name and repackaged the

12   turtles and shipped them directly to China from the United

13   States.

14           Other times he has picked up packages and then taken

15   the turtles and placed them into plastic bags and taped them

16   to his own legs and groin and body smuggled them back to

17   Canada.

18           And then his third method of smuggling is to use

19   other people, to hire runners to come and pick up his packages

20   and either reship them, as Mr. Yan did, or in the case of Mr.

21   Lin, get on a plane headed to China with 970 turtles in his

22   luggage.

23           He has had packages intercepted.  He, himself, has

24   been arrested.  And his runners have been arrested.  Yet his

25   pattern has continued without slowing down in the slightest.

September 26, 2014                                                46

1    In Government's Exhibit 1, we see that he came to the United

2    States on seven different occasions in August.  The first

3    occasion was August 5th, which was the day he was arrested by

4    Canadian authorities when he body smuggled turtles back to

5    Canada.

6              Yet a few days later he came back to the United

7    States and did so six more times in August.  And we have no

8    reason to believe -- in fact, the evidence strongly suggests

9    otherwise -- that he does anything else when he comes to the

10   United States other than pick up packages and smuggle turtles

11   out.

12             He has put forth no legitimate reason that brings him

13   to this country.  No family.  No job.  No friends.  He comes

14   here and goes to UPS stores and Fed Ex facilities and picks up

15   turtles and then gets them out of the country in a variety of

16   ways.

17             And so at the beginning of this hearing I told the

18   Court that if this involved just the two incidents, perhaps

19   bond would be appropriate.  And in fact, we agreed to bond for

20   Mr. Lin yesterday.

21             All of the evidence that the Fish and Wildlife has

22   investigated corroborates and suggests that Mr. Lin's

23   involvement in this was isolated to that one incident.  But

24   all of the evidence points to Mr. Xu directing other people to

25   participate in his reptile smuggling and continuing to do it

September 26, 2014

1   for a very, very considerable amount of time for an extreme

2   amount of profit.

3           So, of course, there are factors for the Court to

4   consider.  And the first thing to consider is the history and

5   characteristics of the person.  Ask that's what I've been

6   talking around right here, the fact is that he is a reptile

7   smuggler who smuggles turtles in a variety of ways.  And that

8   he comes to the United States solely for the purpose of

9   committing crimes.

10          We see on that exhibit the total number of times he's

11  come to America just this year alone.  And if you look at the

12  exhibit, his first crossing is on January 3rd, and that's line

13  41.  And through August 30th, we're up to line 64 for over 20

14  crossings, excluding the crossings that we know about in

15  September and the fact that obviously he was arrested here

16  just a few days ago.  So probably closer to 30 crossings this

17  year alone.

18          And that makes him a flight risk.  The fact that he

19  comes here to commit crimes and has no ties to the community

20  here makes him a flight risk.  And there is absolutely no way

21  to supervise him in Canada.

22          The charges that he's facing are very serious.  And

23  he did not know about the American investigation until now.

24  He did know that he had been apprehended by the Canadians and

25  some of his runners had, but he did not know about the

1    American charges and the American investigation which now

2    gives him a very strong incentive to flee.

3        And this is a man who is familiar with border

4    crossings, who is savvy with them, who has chosen various

5    ports or crossings in Michigan to utilize.  And he is

6    certainly familiar with ways to avoid having to return to

7    court here.

8        And he has considerable financial resources.  He was

9    arrested with $10,000 in cash.  Each of his various packages

10   that we've heard testimony about today, it's fair and probably

11   an underestimate to conclude that they're worth tens of

12   thousands of dollars.  And often he would ship two packages at

13   the same time and only one of them on various times was

14   intercepted by the authorities.

15       He doesn't have employment.  He's not really a

16   student.  His employment is in the reptile trade.  And he has

17   a very large financial resources.

18       Another factor for the Court to consider is his

19   record concerning appearances at court proceedings.  And while

20   he's never failed to appear, it is important to know that he

21   committed these crimes in August and September of this year

22   after he had already been arrested and charged in Canada.  And

23   that did not deter him.

24       That time that he was personally caught with turtles

25   taped to his legs did not slow him down in the slightest.  And

September 26, 2014                                                49

1     that gives us insight into his respect for the law and how he

2     would respond to court imposed restrictions on his behavior.

3           And what this case is really about, Judge, is

4     something the Court does everyday, which is determine whether

5     someone is entitled to get bond.  And when you release someone

6     on bond, you are saying to them that you trust them to return

7     to court and to follow the law.

8           And this Defendant is asking the Court to trust him

9     and to trust that he will follow your order and return to the

10    United States for court.

11          Yet his pattern of behavior is to come to this court

12    and commit crimes.  So it is difficult to imagine that we can

13    trust him to follow the laws of our country and to follow this

14    Court's order to return when he has come here repeatedly and

15    often with the sole purpose of smuggling turtles out of the

16    country for a great deal of money and has been motivated by

17    greed.

18          There's no way for pretrial services to monitor his

19    computer behavior in Canada.  There's no way for us to prevent

20    him from simply returning to any computer there and going on

21    reptile forums, recruiting new runners the same way he

22    recruited Mr. Lin with fraudulent promises and promises of

23    extreme amounts of money.  And there's no way to prevent him

24    from ordering more turtles and sending runners here to

25    retrieve them.

September 26, 2014

1          And if he doesn't return to court, of course our
2     marshals can't retrieve him from Canada.  And so if Mr. Xu
3     lived here in the United States and had family here, this
4     might be a different case.

5          But combined with the scope of his smuggling
6     operation, his financial resources, his zero ties to this
7     community, we simply cannot trust that he would return to
8     court here or that he would stop committing crimes.  Thank
9     you.

10          THE COURT:  Thank you.  Defense argument.

11          MR. DEBOLSKI:  Your Honor, I'm going to start with
12     the same proposition that counsel did with pretrial services.
13     Pretrial services, they're experienced in this matter more
14     than myself and more than counsel.  They understand they had
15     an opportunity to talk to people that know my client.

16          They understand that my client was -- really the only
17     thing on his criminal record is an arrest in Canada for the
18     August 5th incident.  They charged him in Canada and they
19     charged him in the United States.  Outside of that, my client
20     has nothing on his record, your Honor.

21          As far as the schooling is concerned -- and I talked
22     to him about that.  Because at first he told me that he was in
23     school.  What he really wanted to say is that he took a class
24     that is going to begin in January and it's the one class he
25     needs to finish his degree.  And he would like to get

1    employment in some field that's close to what he trained for

2    as an electrical engineer near.

3              Your Honor, there's nothing in the report that would

4    indicate my client would flee.  As a matter of fact, if you

5    look, August 5th when he was arrested by Canada and released,

6    he could have just hopped on a plane and left at that

7    particular time if he wanted to.  He didn't.  My client wants

8    to put this behind him, your Honor.  He wants to have his day

9    in court.  There is a presumption of innocence.

10             A lot of the information that came out this afternoon

11   were from people that had some incentive to be dishonest to

12   this Court.  One individual was charged yesterday.  He was the

13   one that had the suitcases.  What do you think he's going to

14   say?  He's going to say it's my client that really was

15   responsible.  There were two other individuals that said the

16   same thing.  They have incentive to lie, your Honor.

17             I think if you look at my client from A to Z, you're

18   going to find a young man who's scared, frightened, doesn't

19   know what's going to happen to him.  Your Honor, he's not

20   going to flee.  He doesn't have the ability to flee.  We'll do

21   whatever this Court orders.

22             We can put him on a GPS.  Have the costs -- we'll

23   pick up the costs for that in Canada.  He only comes to the

24   United States to meet with me or we can even restrict that so

25   if I need to meet with him I'll go to Canada.

September 26, 2014                                                52

```
 1            Your Honor, this Defendant has a presumption of
 2    innocence.  And we have in court this afternoon his fiance and
 3    I believe the fiance's mother.  Your Honor, there is no risk
 4    of flight here.  He has a father that's very ill in Canada.
 5    He only holds a Canadian citizenship.  He does not hold dual
 6    citizenship.  He had to renounce his Chinese citizenship when
 7    he became a Canadian citizen.
 8            Your Honor, the bottom line is pretrial services took
 9    all the information and felt comfortable that this Defendant
10    should be given a bond.  And they felt comfortable knowing
11    that really the standard is twofold.  Is he a flight risk and
12    is there an opportunity for him to danger the community?
13            Your Honor, I understand that this is a very, very
14    difficult case because it involves animals.  And we're not
15    diminishing.  We know that it's a very serious case.  He's
16    never harmed anyone.  He's not a violent person.  He never
17    smuggled anything like drugs or anything like that, your
18    Honor.
19            I believe that he meets the standard of someone who
20    will come to court each and every court date.  And I also
21    believe that he is no risk to the general public, your Honor.
22    For those reasons, I ask you to follow pretrial services
23    report and grant my client bond.
24            THE COURT:  Thank you.  Rebuttal?
25            MS. WOODWARD:  Thank you, Judge.  Of course, our
```

September 26, 2014

1    pretrial services here for this court cannot place Mr. Xu on a

2    tether in Canada.  There's no way for them to monitor him in

3    Canada.  It's not as if he's simply returning to another state

4    where we have pretrial services as part of -- as an arm of the

5    court there.  So that is not a possibility to have a GPS

6    tether or any other sort of tether.

7            I was not here when Mr. Xu made his initial

8    appearance.  But it's my understanding that he represented to

9    the Court on that day that he had some sort of final exam or

10   test that he needed to get out for, which, based on what we've

11   found out, appears to be absolutely untrue.  And so he seems

12   to have a bit of a problem with the truth.

13           Defense counsel argued that he could have hopped on a

14   plane after he was arrested on August 5th in Canada.  But of

15   course, he could have also stopped smuggling turtles in Canada

16   on that day and he might not be here and I might not be asking

17   for bond had he done that.

18           But he didn't because he didn't take the smuggling

19   laws seriously, although he knew it was illegal, which is why

20   he goes to such lengths to conceal the turtles.  But he didn't

21   take it seriously.  And perhaps the monetary incentive was

22   simply too large for him to stop smuggling turtles.

23           So you know, the trouble here is that this Defendant

24   has no family, no job, not a single tie to our district other

25   than to various Fed Ex and UPS facilities.  Those are the only

1    people who know him here.  And they know him as the turtle

2    guy.

3              And then he also has numerous border crossings that

4    we know about on Government's Exhibit 1.  And he's utilized

5    those borders to violate the laws of three countries, America,

6    Canada, and China, by sending turtles to those places or

7    taking them out of the United States.

8              And so he's facing consequences for his actions.

9    He's been untruthful to the Court and to pretrial services.

10   And there's simply no way we can give him the sort of trust

11   that we give to other Defendants when we release them on bond.

12             THE COURT:  Thank you.  Pretrial, you have been

13   present for the hearing.  Does your recommendation change?

14             MS. SHOCK:  Yes, it does, your Honor.  After hearing

15   what has been presented by the Government, which the

16   information is not privy to pretrial services at the time of

17   this interview, pretrial services is also extension of the

18   court and the Defendant blatantly lied to pretrial services

19   regarding his school attendance, his present address, as well

20   as his financial resources and ties, our recommendation does

21   change to detention.

22             THE COURT:  Thank you.  I will direct that pretrial

23   submit a supplemental report and recommendation.  I will take

24   the evidence under advisement and issue an order prior to the

25   close of the business day.

1        My order is appealable by either party to the

2   presiding district judge.  Thank you, very much.

3                     (Proceedings Concluded)

4                -          -          -

5

6

7

8

9

10

11            CERTIFICATE OF OFFICIAL COURT REPORTER

12        I, Jeseca C. Jacobs, Federal Official Court Reporter,

13   in and for the United States District Court Eastern District of

14   Michigan, appointed pursuant to provisions of Title 28, United

15   States Code, Section 753, do hereby certify the foregoing 55

16   pages are a true and correct transcript of the proceedings had

17   in the matter of UNITED STATES OF AMERICA versus KAI XU,

18   Case No. 14-30493 held on September 26, 2014.

19

20   S/ JESECA C. JACOBS                    October 8, 2014
     Jeseca C. Jacobs, RMR, CRR, FCRR       Date
21   Federal Official Court Reporter

22

23

24

25