

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
JAN 23 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

THE UNITED STATES OF AMERICA,

           Plaintiff,          Criminal No: 14-20804

v.                                 Honorable John Corbett O'Meara

KAI XU,

           Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, KAI XU, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Counts One through Six:** Smuggling goods from the United States, up to ten years in prison, a $250,000 fine, or both.

_____
KAI XU, Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Date: 1-23-15                      Counsel for Defendant: _____

DAVID CRIPPS