# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 14-30493

v.        HON. JOHN CORBETT O'MEARA

KAI XU,

        Defendant.

_____/

## EXHIBITS TO GOVERNMENT'S SENTENCING MEMORANDUM

| | |
|---|---|
| Exhibit A | Defendant's border crossings, *submitted under seal* |
| Exhibit B | Photographs of turtles in package shipped domestically by Dong Yan (June 13, 2014) |
| Exhibit C | Photograph of turtles in Lin's luggage (September 24, 2014) |
| Exhibit D | FDA Consumer Update |
| Exhibit E | Photographs of packaging material discarded by Defendant (May 9, 2014) |
| Exhibit F | Photograph of turtles in the bathtub at the Clarion Hotel (September 10, 2014) |
| Exhibit G | "Xu Financials" chart , *submitted under seal* |
| Exhibit H | "Miscellaneous Wires Unaccounted for Elsewhere" chart, *submitted under seal* |
| Exhibit I | "Loss Values for Known Shipments" chart, *submitted under seal* |