# EXHIBIT F





