UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 14-20804

v.        HON. JOHN CORBETT O'MEARA

KAI XU,

        Defendant.
_____/

## MOTION TO SUBMIT EXHIBITS TO
## GOVERNMENT'S SENTENCING MEMORANDUM UNDER SEAL

On April 8, 2016, the government filed a sentencing memorandum. (R. 32.) The United States now respectfully requests that Exhibits A, G, H, and I be received by the Court under seal. The government asks that these exhibits be received under seal because they contain sensitive information.

        Respectfully submitted,

        BARBARA McQUADE
        United States Attorney

        s/Sara D. Woodward
        SARA D. WOODWARD
        Deputy Chief, General Crimes Unit
        Assistant United States Attorney
        211 West Fort, Suite 2001
        Detroit, Michigan 48226

April 8, 2016        (313) 226-9180