# United States District Court for the Eastern District of Michigan

United States of America

**Plaintiff,**

vs.

CASE NO. 14-20804

Kai Xu

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that __Kai Xu__, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from __the final judgment__
(the final judgment) (from an
_____ entered in this action on the __12th__ day of
order (describing it))
__April__, __2016__.

(s) Matthew G. Borgula

Address: Springstead Bartish & Borgula Law

15 Ionia S.W. Suite 520

Grand Rapids, MI 49503

Attorney for Kai Xu

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
1/99