UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff(s),

v.            Case No. 5:14–cr–20804–JCO–DRG
            Hon. John Corbett O'Meara

Kai Xu,

      Defendant(s).

_____

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

    United States Court of Appeals for the Sixth Circuit
    Potter Stewart U.S. Courthouse
    100 East Fifth Street, Fifth Floor
    Cincinnati, OH   45202–3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on April 15, 2016.


            DAVID J. WEAVER, CLERK OF COURT


            By: s/ S. Schoenherr
            Deputy Clerk


Dated:   April 15, 2016